**John Lee SIMS, Defendant-Appellant,**

**v.**

**STATE of Indiana, Plaintiff-Appellee.**

**No. 3–685A160.**

Court of Appeals of Indiana,
Third District.

Nov. 25, 1985.

Transfer Denied March 31, 1986.

Edward C. Hilgendorf, South Bend, for defendant-appellant.

Linley E. Pearson, Atty. Gen., Michael Gene Worden, Deputy Atty. Gen., Indianapolis, for plaintiff-appellee.

**958**

### OPINION ON REHEARING

HOFFMAN, Judge.

The appellant in his Petition for Rehearing calls to the Court's attention that the Court has failed to address the issue of sufficiency of the evidence. The record of the proceedings has been carefully reviewed and there is more than sufficient evidence to support the verdict of guilty. The Petition for Rehearing is therefore denied.

STATON, P.J., and GARRARD, J., concur.